# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

KIM CLECKLER

**WARRANT FOR ARREST**

CASE NUMBER: 2:06 mj 76-W

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Kim Cleckler__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attachment A

in violation of __18 USC 371, 18 USC 2(a) and 2(b), & 26 USC 7212(a)__.

__SUSAN RUSS WALKER__
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

__U.S. MAGISTRATE JUDGE__
Title of Issuing Officer

__AUGUST 1, 2006   MONTGOMERY, ALABAMA__
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |