AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA
V.
KIM CLECKLER

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2:06mj76-SRW

I, _____KIM CLECKLER_____, charged in a  X complaint  ☐ petition pending in this District _____

in violation of _____18 & 26_____, U.S.C., __71, 2(a), 2(b) & 7212(a)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a    X examination  ☐ hearing  , do hereby waive (give up) my right to a preliminary  X examination  ☐ hearing.

_____
Defendant

8-8-06
Date

_____
Counsel for Defendant