| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |

---

√ INITIAL APPEARANCE            DATE: August 8, 2006
❏ BOND HEARING
❏ DETENTION HEARING           Digital Recording 3:33 - 3:46
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

---

PRESIDING MAG. JUDGE: Susan Russ Walker     DEPUTY CLERK: Joyce Taylor

CASE NO. 2:06mj76-SRW            DEFENDANT NAME: Kim Cleckler

AUSA: Andrew Schiff              DEFT. ATTY: George Beck/Terrie Biggs

Type Counsel: (√)Retained; ( ) CJA; ( ) Waived; ( ) FPD

USPO/USPTS: Thweatt/Martin

Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest August 8, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing CJA Panel Attorney - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| √ | Deft. Advises he will retain counsel. Has retained George Beck/Terrie Biggs |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of √ preliminary examination; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for          DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.      CRIMINAL TERM: |
| √ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**Court directs Government to amend complaint as offense is incorrectly stated on first page of complaint.