IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:06mj76-W</u> |
| | ) | |
| EUGENE L. CLECKLER, and | ) | |
| KIM CLECKLER | ) | |

## MOTION TO AMEND COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

On August 1, 2006, a Complaint was filed against Eugene L. Cleckler and Kim Cleckler, 2:06mj76-W (copy attached). The circled portion (which states "travel in interstate commerce with intent to avoid prosecution") was inadvertently carried over from a prior complaint and should be deleted. The proposed deletion is clerical in nature only and does not affect the substantive counts against the defendants.

The government requests that it be allowed to amend this complaint by deleting the circled portion and resubmitting the corrected version for filing.

Respectfully submitted this the 9th day of August, 2006.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/Andrew O. Schiff
                                                ANDREW O. SCHIFF
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280
                                                Fax: (334)223-7135
                                                E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　　　　　) | CR. NO. 2:06mj76-W |
| ) | |
| EUGENE L. CLECKLER, and ) | |
| KIM CLECKLER　　　　　) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Beck, Esq. and Ronald Brunson, Esq.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/Andrew O. Schiff
　　　　　　　　　　　　　　　　　ANDREW O. SCHIFF
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　One Court Square, Suite 201
　　　　　　　　　　　　　　　　　Montgomery, AL 36104
　　　　　　　　　　　　　　　　　Phone: (334)223-7280
　　　　　　　　　　　　　　　　　Fax: (334)223-7135
　　　　　　　　　　　　　　　　　E-mail: andrew.schiff@usdoj.gov

**FILED**

# United States District Court

AUG 1 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**MIDDLE** DISTRICT OF **ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | |
| EUGENE L. CLECKLER, and KIM CLECKLER | CASE NUMBER: 2:06 mj 76 -W |
| (Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>November, 1996, through November, 2000,</u> in <u>Chilton</u> County, in the <u>Middle</u> District of <u>Alabama</u> defendant(s) did, (Track Statutory Language of Offense)

See Attachment A

travel in interstate commerce with intent to avoid prosecution, in violation of <u>18 USC 371, 18 USC 2(a) and 2(b), & 26 USC 7212(a)</u>.

I further state that I am a <u>Special Agent with Internal Revenue Service/Criminal Investigation Division</u> and that this complaint is based on the following facts:
Official Title

See Attachment B

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>AUGUST 1, 2006</u> at <u>Montgomery, Alabama</u>
Date                                           City and State

SUSAN RUSS WALKER
United States Magistrate Judge                 _____
Name & Title of Judicial Officer               Signature of Judicial Officer