IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:06mj76-W</u> |
| | ) | |
| EUGENE L. CLECKLER, and | ) | |
| KIM CLECKLER | ) | |

## MOTION TO AMEND COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

On August 1, 2006, a Complaint was filed against Eugene L. Cleckler and Kim Cleckler, 2:06mj76-W (copy attached). The circled portion (which states "travel in interstate commerce with intent to avoid prosecution") was inadvertently carried over from a prior complaint and should be deleted. The proposed deletion is clerical in nature only and does not affect the substantive counts against the defendants.

The government requests that it be allowed to amend this complaint by deleting the circled portion and resubmitting the corrected version for filing.

Respectfully submitted this the 9th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov

**MOTION GRANTED**

THIS _10th_ DAY OF _August_ ,20_06_

_____
UNITED STATES MAGISTRATE JUDGE